Kim E. Hoyt, OSB No. 914080
khoyt@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
PO Box 749
Salem, Oregon 97308-0749
Tel: (503) 581-1501
Fax: (503) 581-5891
    Of Attorneys for Defendant Brooke McDowall

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TAMMY JURGENS**, in her personal capacity as personal representative of the Estate of **LINDA BROWN,** deceased,<br><br>    **PLAINTIFF,**<br><br>vs.<br><br>**COLUMBIA COUNTY**, an Oregon municipality, **BRIAN PIXLEY**, in his official capacity, **SOPHIE FRAZIER**, in her individual and official capacity, **CHRISTOPHER STOBBE**, in his individual and official capacity, **CHRISTOPHER NEIFERT**, in his individual and official capacity, **JUSTEN JUMP** in his individual and official capacity, **BROOKE MCDOWALL**, in his individual and official capacity, **CORRECT CARE SOLUTIONS, LLC d/b/a/ WELLPATH LLC, NANCY RONAN**, in her individual capacity, **MADELINE GRIFFITH**, in her individual capacity, and **KELSIE HANSON**, in her individual capacity,<br><br>    **DEFENDANTS.** | No.   3:22-cv-300-IM<br><br>**REPORT OF RULE 26 PLANNING MEETING** |

/ / / /

/ / / /

/ / / /

REPORT OF RULE 26 PLANNING MEETING:                                                              Page - 1
 Jurgens v. Columbia County, et al.

Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, defendant Brooke McDowall, by and through his attorney, Kim E. Hoyt of Garrett Hemann Robertson P.C., conferred on the contents of this proposed discovery plan with plaintiff and all named defendants, by and through their attorneys, on June 13, 2022.  The parties propose the following discovery plan for the court's consideration:

1. **Pre-discovery Disclosures:**

The parties have agreed to waive initial disclosures.

2. **Timelines:**

The parties propose the following discovery timelines:

   a. The date of completion of fact discovery will be January 27, 2023.

   b. Expert disclosures, if any, will be February 17, 2023.

   c. The date of completion of expert discovery will be April 28, 2023.

   d. Expert rebuttal due by June 2, 2023.

   e. Dispositive motions, if any, shall be filed no later than July 28, 2023.

   f. The pleadings shall be deemed settled 30 days after the court's ruling on dispositive motions or, if no dispositive motions are filed, by August 11, 2023.

   g. Trial and all other pretrial deadlines shall be set at the court's convenience after ruling on dispositive motions, or at such time that dispositive motions are not filed.

3. **Subjects of Discovery:**

Defendants propose that the scope of discovery, as prescribed by Rule 26(b)(1), governs the discoverability of all subjects and issues relating to this matter.

4. **E-Discovery and Electronically Stored Information:**

Defendants propose all parties provide e-discovery and electronically stored information to each other in electronic PDF with bates labels or similar form.

REPORT OF RULE 26 PLANNING MEETING:
Jurgens v. Columbia County, et al.

Page - 2

**5.     Alternative Dispute Resolution:**

At this time the parties do not have sufficient information to evaluate whether settlement will be possible or whether the use of alternative dispute resolution (ADR) may benefit the parties. Defendants propose the parties agree to revisit the possibility of settlement and/or ADR after the exchange of proper discovery.

DATED this 24th day of June, 2022.

GARRETT HEMANN ROBERTSON P.C.

*s/ Kim E. Hoyt*
Kim E. Hoyt
(OSB No. 914080)
khoyt@ghrlawyers.com
Of Attorneys for Defendant
Brooke McDowall

REPORT OF RULE 26 PLANNING MEETING:
Jurgens v. Columbia County, et al.

Page - 3

## CERTIFICATE OF SERVICE

  I hereby certify that I caused to be served the foregoing **Report Of Rule 26 Planning Meeting** on the date indicated below,

  [ ] Via First-Class Mail with postage prepaid
  [ ] Via Facsimile Transmission
  [X] Via Electronic Filing Notice
  [X] Via Email
  [ ] Via Hand Delivery
  [ ] Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

Jacob Johnstun
Johnstun Injury Law LLC
1935 St. Helens Street, Suite A
St. Helens, OR 97051
*OSB No. 162146*
*Phone:  503-410-3572*
*Fax:  503-389-1548*
*Email:  johnstun.injury.law@outlook.com*
  Of Attorneys for Plaintiff

Bruce C. Smith *(OSB No. 206710)*
Iain Armstrong  *(OSB No. 142734)*
Lewis Brisbois Bisgaard & Smith LLP
888 SW Fifth Avenue, Suite 900
Portland, OR 97204-2025
*Phone:  971-334-7023*
*Fax:  971 712-2801*
*Email: bruce.smith@lewisbrisbois.com*
  *iain.armstrong@lewisbrisbois.com*
 Of Attorneys for Correct Care Solutions, LLC, Nancy Ronan, Madeline Griffith, and Kelsie Hanson

David C. Lewis *(OSB No. 953348)*
William E. Stabler *(OSB No. 124624)*
Lauren E Nweze *(OSB No. 145218)*
Kraemer & Lewis
P.O. Box 1469
Lake Oswego, OR 97035
*Phone:  503-763-3875*
*Fax:  503-763-3901*
*Email:  dlewis@cisoregon.org*
  *wstabler@cisoregon.org*
  *lnweze@cisoregon.org*
 Of Attorneys for Defendants
Columbia County, Brian Pixley, Sophie Frazier, Christopher Stobbe, Christopher Neifert, and Justen Jump

CERTIFICATE OF SERVICE:                 Page - 4
Jurgens v. Columbia County, et al.

DATED this 24th day of June, 2022.

        GARRETT HEMANN ROBERTSON P.C.

*s/ Kim E. Hoyt*
Kim E. Hoyt
(OSB No. 914080)
khoyt@ghrlawyers.com
Of Attorneys for Defendant
Brooke McDowall