| | |
|---|---|
| **Heath S. Fox, OSB # 020165**<br>heath@foxballard.com<br>FOX BALLARD PLLC<br>1325 Fourth Avenue, Suite 1500<br>Seattle, WA 98101<br>Telephone: 206.800.2727<br>Fax: 206.800.2728<br><br>*Attorneys for Defendants Wellpath, LLC, Nancy Ronan, Madeline Griffith and Kelsie Hanson* | Honorable Karin J. Immergut |

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TAMMY JURGENS, in her personal capacity as personal representative of the Estate of LINDA BROWN, deceased,<br><br>        Plaintiff,<br><br>  vs.<br><br>COLUMBIA COUNTY, an Oregon municipality, BRIAN PIXLEY, in his official capacity, SOPHIE FRAZIER, in her individual and official capacity, CHRISTOPHER STOBBE, in his individual and official capacity, CHRISTOPHER NEIFERT, in his individual and official capacity, JUSTEN JUMP, in his individual and official capacity, BROOKE MCDOWALL, in his individual and official capacity, CORRECT CARE SOLUTIONS, LLC, d/b/a WELLPATH LLC, NANCY RONAN, in her individual capacity, MADELINE GRIFFITH, in her individual capacity, and KELSIE HANSON, in her individual capacity,<br><br>        Defendants. | No. 3:22-cv-00300-IM<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>[CLERK'S ACTION REQUIRED] |

**TO:**       **THE CLERK OF THE COURT;**

**AND TO:**   **ALL PARTIES OF RECORD AND THEIR COUNSEL.**

PLEASE TAKE NOTICE that, effective immediately, Bruce C. Smith and Iain Armstrong of the Law Firm of Lewis Brisbois Bisgaard & Smith LLP, hereby withdraws as counsel for Defendant Wellpath, LLC, Nancy Ronan, Madeline Griffith and Kelsie Hanson in the above-entitled action.

YOU ARE FURTHER NOTIFIED that Heath S. Fox, whose address is stated below, has hereby substituted for the withdrawing counsel. Copies of all further papers and proceedings herein, except original process, shall be served upon the substituted Attorney of Record.

DATED this 20th day of October, 2022.

| | |
|---|---|
| */s/ Heath S. Fox* | *s/ Bruce C. Smith (per email authorization)* |
| Heath S. Fox, OSB # 020165 | Bruce C. Smith OSB#206710 |
| FOX BALLARD PLLC | Iain Armstrong OSB#142734 |
| 1325 Fourth Avenue, Suite 1500 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| Seattle, WA 98101 | 888 SW Fifth Ave Ste 900 |
| heath@foxballard.com | Portland OR 97204 |
| (New Attorney of Record) | Bruce.Smith@lewisbrisbois.com |
| | iain.armstrong@lewisbrisbois.com |
| | (Withdrawing Attorneys) |

## **DECLARATION OF SERVICE**

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the foregoing to be served via the methods below on this DATED this 20th day of October, 2022, on the following counsel/party of record:

| | | |
|---|---|---|
| Jacob Johnstun, Esq. OSB #162146<br>Johnstun Injury Law LLC<br>1935 St. Helens Street, Suite A<br>St. Helens, OR 97051<br>Phone: (503) 410-3572<br>Fax: (503) 389-1548<br><br>***Attorney for Plaintiff*** | o<br>o<br>o<br>o<br>☒ | via U.S. Mail, first class, postage prepaid<br>via Legal Messenger Hand Delivery<br>via Facsimile<br>via E-Service<br>via E-mail:<br>johnstun.injury.law@outlook.com<br>jjohnstun@johnstuninjurylaw.com |
| David C. Lewis OBS# 953348<br>William E Stabler OSB# 124624<br>Lauren Nweze, Esq. OSB# 145218<br>Kraemer & Lewis<br>P.O. Box 1469<br>Lake Oswego, OR 97035<br>503-763-3875<br>Fax: 503-763-3901<br><br>Kim E. Hoyt OSB# 914080<br>Garrett Hermann Robertson P.C.<br>PO Box 749<br>Salem, OR 97308-0749<br><br>***Attornesy for Defendants Columbia County; Brian Pixley; Sophie Frazier; Christopher Stobbe; Christopher Neifert; Justen Jump*** | o<br>o<br>o<br>o<br>☒ | via U.S. Mail, first class, postage prepaid<br>via Legal Messenger Hand Delivery<br>via Facsimile<br>via E-Service<br>via E-mail:<br>dlewis@cisoregon.org<br>wstabler@cisoregon.org<br>lnweze@cisoregon.org<br>MWebb@cisoregon.org<br>rottosen@cisoregon.org<br><br>khoyt@ghrlawyers.com |
| Bruce C. Smith OSB#206710<br>Iain Armstrong OSB#142734<br>Lewis Brisbois Bisgaard & Smith LLP<br>888 SW Fifth Ave Ste 900<br>Portland OR  97204<br>971-334-7023<br><br>***Former Attorneys for Defendants Wellpath, LLC, Nancy Ronan, Madeline Griffith and Kelsie Hanson*** | o<br>o<br>o<br>o<br>☒ | via U.S. Mail, first class, postage prepaid<br>via Legal Messenger Hand Delivery<br>via Facsimile<br>via E-Service<br>via E-mail:<br>Bruce.Smith@lewisbrisbois.com<br>iain.armstrong@lewisbrisbois.com |

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
T: (206) 800-2727

Signed at Seattle, WA on this Thursday, October 20, 2022.

*Kristin Leppelman*

Kristin Leppelman, Legal Secretary
FOX BALLARD PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
Main: (206) 800-2727
Fax: (206) 800-2728
kristin@foxballard.com